EX PARTE M. C. GUERRERO.

No. 4388. Decided February 28, 1917.

**Habeas Corpus—Reducing Bail.**

Where, upon appeal from a habeas corpus trial fixing bail, this court finds the lower court was in error in fixing the amount of bail, the same is here now reduced.

Appeal from the District Court of El Paso.   Tried below before the Hon. W. D. Howe.

Appeal from a habeas corpus proceeding reducing bail from $7500 to $5000.

The opinion states the case.

*Jackson, Isaacks & Lessing,* for appellant.—On question of reduction of bail: Ex parte Wilson, 20 Texas Crim. App., 498; Ex parte Volz, 140 S. W. Rep., 226; Ex parte Ross, 70 Texas Crim. Rep., 493, 157 S. W. Rep., 496.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Relator was arrested under a charge of murder and had a trial under writ of habeas corpus for bail. Upon the hearing the trial court fixed his bail at $7500.   This appeal is brought to obtain a reduction of that amount.

We are of opinion after reading the record, without stating the facts or commenting upon their sufficiency or cogency, that the court was in error and the bond should be reduced, and it is the order of the court that he be permitted to give bond in the sum of $5000.   Upon the giving of this under the terms of the law, relator will be discharged from custody.

*Bail reduced.*